Ordered that Marshall Goldstein, Esq., 399 Knollwood Road, Suite 211, White Plains, NY, 10603, is assigned as counsel to prosecute the appeal; and it is further,

Ordered that the respondent is directed to furnish a copy of the certified transcript of the proceedings to the appellant's new assigned counsel; and it is further,

Ordered that new counsel shall serve and file a brief on behalf of the appellant within 90 days of the date of this decision and order on motion and the respondent shall serve and file its brief within 30 days after the brief on behalf of the appellant is served and filed. By prior decision and order on motion of this Court dated April 20, 2016, the appellant was granted leave to prosecute the appeal as a poor person, with the appeal to be heard on the original papers, including a certified transcript of the proceedings, and on the briefs of the parties, who were directed to file nine copies of their respective briefs and to serve one copy on each other.

The brief submitted by the appellant's counsel pursuant to *Anders v California* (386 US 738 [1967]) is deficient because it fails to contain an adequate statement of facts and fails to analyze any potential appellate issues or highlight facts in the record that might arguably support the appeal (*see People v McNair*, 110 AD3d 742 [2013]; *People v Singleton*, 101 AD3d 909, 910 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252, 256 [2011]). Since the brief does not demonstrate that assigned counsel fulfilled his obligations under *Anders v California*, we must assign new counsel to represent the appellant (*see People v Rivera*, 142 AD3d 512, 513 [2016]; *People v Parker*, 135 AD3d 966, 968 [2016]; *People v Sedita*, 113 AD3d 638, 639-640 [2014]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d at 258). Dillon, J.P., Sgroi, Maltese, Barros and Christopher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS E. SANCHEZ, Appellant. [64 NYS3d 918]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 12, 2014 (*People v Sanchez*, 122 AD3d 778 [2014]), affirming a judgment of the County Court, Suffolk County, rendered June 29, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*,

463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Chambers, J.P., Sgroi, Miller and Brathwaite Nelson, JJ., concur.